SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
  A Limited Liability Partnership
  Including Professional Corporations
SHANNON Z. PETERSEN, Cal. Bar No. 211426
  spetersen@sheppardmullin.com
EVAN C. MIX, Cal. Bar No. 287504
  emix@sheppardmullin.com
12275 El Camino Real, Suite 200
San Diego, California 92130-2006
Telephone:  858.720.8900
Facsimile:   858.509.3691

Attorneys for Defendant BLIZZARD ENTERTAINMENT, INC.

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ABEL ABREGO, INDIVIDUALLY AND ON BEHALF OF ALL OTHERS SIMILARLY SITUATED,<br><br>Plaintiff,<br><br>v.<br><br>BLIZZARD ENTERTAINMENT, INC.,<br><br>Defendant. | Case No. 15cv0230 DMS JLB<br><br>**CLASS ACTION**<br><br>**NOTICE OF PARTIES WITH FINANCIAL INTEREST PER CIVIL LOCAL RULE 40.2 AND FEDERAL RULE OF CIVIL PROCEDURE 7.1**<br><br>Action Filed: February 5, 2015 |

SMRH:436743182.1

Case No. 15cv0230 DMS JLB
NOTICE OF PARTIES WITH FINANCIAL INTEREST

**TO THE COURT AND ALL PARTIES OF RECORD:**

Pursuant to Civil Local Rule 40.2 and Federal Rule of Civil Procedure 7.1, the undersigned, counsel of record for Defendant Blizzard Entertainment, Inc. ("Blizzard") certifies that Blizzard's parent corporation is Activision Blizzard, Inc., and that no other publicly held company owns 10% or more of Blizzard's stock. These representations are made to enable the Court to evaluate possible disqualification or recusal.

Dated: March 18, 2015

SHEPPARD, MULLIN, RICHTER & HAMPTON LLP

By  _/s/ Shannon Z. Petersen_
SHANNON Z. PETERSEN
EVAN C. MIX
Attorneys for Defendant
BLIZZARD ENTERTAINMENT, INC.

<u>PROOF OF SERVICE</u>

<u>STATE OF CALIFORNIA, COUNTY OF SAN DIEGO</u>

At the time of service, I was over 18 years of age and **not a party to this action**. I am employed in the County of San Diego, State of California. My business address is 12275 El Camino Real, Suite 200, San Diego, CA 92130-2006.

On March 18, 2015, I served true copies of the following document(s) described as **NOTICE OF PARTIES WITH FINANCIAL INTEREST PER CIVIL LOCAL RULE 40.2 AND FEDERAL RULE OF CIVIL PROCEDURE 7.1** on the interested parties in this action as follows:

KAZEROUNI LAW GROUP, APC                **ATTORNEYS FOR PLAINTIFF**
Abbas Kazerounian, Esq.
ak@kazlg.com
Mona Amini, Esq.
mona@kazlg.com
245 Fischer Avenue, Unit D1
Costa Mesa, CA 92626
Telephone: 800-400-6808
Facsimile: 800-520-5523

HYDE & SWIGART
Joshua B. Swigart, Esq.
josh@westcoastlitigation.com
Sara Khosroabadi, Esq.
sara@westcoastlitigation.com
2221 Camion Del Rio South, Suite 101
San Diego, CA 92108
Telephone: 619-233-7770
Facsimile: 619-297-1022

☒ **BY CM/ECF NOTICE OF ELECTRONIC FILING:** I electronically filed the document(s) with the Clerk of the Court by using the CM/ECF system. Participants in the case who are registered CM/ECF users will be served by the CM/ECF system. Participants in the case who are not registered CM/ECF users will be served by mail or by other means permitted by the court rules.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on March 18, 2015, at San Diego, California.

*Patricia L. Cook* (signature)
Patricia L. Cook