**KAZEROUNI LAW GROUP, APC**
Abbas Kazerounian, Esq. (SBN: 249203)
ak@kazlg.com
Mona Amini, Esq. (SBN: 296829)
mona@kazlg.com
245 Fischer Avenue, Unit D1
Costa Mesa, CA 92626
Telephone: (800) 400-6808
Facsimile:  (800) 520-5523

**HYDE & SWIGART**
Joshua B. Swigart, Esq. (SBN: 225557)
josh@westcoastlitigation.com
2221 Camino Del Rio South, Suite 101
San Diego, CA 92108-3551
Telephone: (619) 233-7770
Facsimile:  (619) 297-1022

*Attorneys for Plaintiffs*
Abel Abrego and Alvaro Salazar

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ABEL ABREGO AND ALVARO SALAZAR, INDIVIDUALLY AND ON BEHALF OF ALL OTHERS SIMILARLY SITUATED, <br><br> Plaintiffs, <br><br> v. <br><br> BLIZZARD ENTERTAINMENT, INC., <br><br> Defendant. | **Case No.:** 3:15-cv-00230-DMS-JLB <br><br><br> **NOTICE OF SETTLEMENT** <br><br><br> **Judge:**   Hon. Dana M. Sabraw |

//

//

**TO THE HONORABLE COURT, ALL PARTIES HEREIN, AND THEIR RESPECTIVE ATTORNEYS OF RECORD:**

PLEASE TAKE NOTICE that this action has settled.  Plaintiffs respectfully request that this Honorable Court vacate all pending hearing dates and allow the parties thirty (30) days within which to file dispositional papers.  The parties anticipate that they will complete the settlement and a Request for Dismissal will be forthcoming.  This Court shall retain jurisdiction over this matter until fully resolved.

Dated: July 14, 2015              Respectfully submitted,

**KAZEROUNI LAW GROUP, APC**

By:   /s/ Mona Amini
ABBAS KAZEROUNIAN, ESQ.
MONA AMINI, ESQ.
ATTORNEYS FOR PLAINTIFFS