SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
  A Limited Liability Partnership
  Including Professional Corporations
SHANNON Z. PETERSEN, Cal. Bar No. 211426
  spetersen@sheppardmullin.com
EVAN C. MIX, Cal. Bar No. 287504
  emix@sheppardmullin.com
12275 El Camino Real, Suite 200
San Diego, California 92130-2006
Telephone:  858.720.8900
Facsimile:   858.509.3691

Attorneys for Defendant, BLIZZARD ENTERTAINMENT, INC.

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ABEL ABREGO, INDIVIDUALLY AND ON BEHALF OF ALL OTHERS SIMILARLY SITUATED,<br><br>Plaintiff,<br><br>v.<br><br>BLIZZARD ENTERTAINMENT, INC,<br><br>Defendant. | Case No. 15cv0230 DMS JLB<br><br>CLASS ACTION<br><br>**JOINT MOTION TO DISMISS**<br><br>Ctrm.: 3A<br><br>Action Filed: February 5, 2015 |

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A), Plaintiffs Abel Abrego and Alvaro Salazar and Defendant Blizzard Entertainment, Inc., stipulate and jointly move that the Court dismiss this action WITH PREJUDICE as to all individual claims asserted by Plaintiffs against Defendant, and WITHOUT PREJUDICE as to any claims by the alleged, un-named, putative class members. Since the Court has not certified any class here, the notice and approval requirements of Federal Rule of Civil Procedure 23(e) do not apply.  Each party shall bear his or its own fees and costs.

Dated:  August 3, 2015

        SHEPPARD, MULLIN, RICHTER & HAMPTON LLP

        By      */s/ Shannon Z. Petersen*
            SHANNON Z. PETERSEN
            EVAN C. MIX

        Attorneys for Defendant
        BLIZZARD ENTERTAINMENT, INC.

Dated:  August 3, 2015

        KAZEROUNI LAW GROUP, APC

        By      */s/ Mona Amini*
            MONA AMINI

        Attorneys for Plaintiffs
        ABEL ABREGO AND ALVARO SALAZAR

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**CERTIFICATE OF SERVICE**

     The undersigned hereby certifies that a true and correct copy of the above and foregoing document has been served on August 3, 2015 to all counsel of record who are deemed to have consented to electronic service via the Court's CM/ECF system per Civil Local Rule 5.4.

                   By   s/ *Shannon Z. Petersen*
                        SHANNON Z. PETERSEN