UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ABEL ABREGO, INDIVIDUALLY AND ON BEHALF OF ALL OTHERS SIMILARLY SITUATED,<br><br>Plaintiff,<br><br>v.<br><br>BLIZZARD ENTERTAINMENT, INC,<br><br>Defendant. | Case No. 15cv0230 DMS JLB<br><br>CLASS ACTION<br><br>**ORDER GRANTING JOINT MOTION TO DISMISS**<br><br>Ctrm.: 3A<br><br>Action Filed: February 5, 2015 |

1  Based on the Joint Motion of the parties, Doc # 25, and for good cause
2  appearing, the Court grants the request to dismiss this action WITH PREJUDICE as
3  to as to all individual claims asserted by Plaintiffs Abel Abrego and Alvaro Salazar
4  against Defendant Blizzard Entertainment, Inc., and WITHOUT PREJUDICE as to
5  any claims by the alleged, un-named, putative class members.

Dated:  August 4, 2015

*[signature]*
Hon. Dana M. Sabraw
United States District Judge